July 24, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00048-CV

TEXAS MEDICAL BOARD, Appellant

V.

GRAYCE YANNUZZI, Appellee

This cause, an appeal from the judgment in favor of appellee, Grayce Yannuzzi, signed April 5, 2024, was heard on the appellate record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the cease-and-desist order of the Texas Medical Board is affirmed.

We further order that all costs incurred by reason of this appeal be paid by appellee, Grayce Yannuzzi.

We further order this decision certified below for observance.

Judgment Rendered July 24, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.